# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134937

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES E. VAUGHN,
      Plaintiff-Appellee,

v

                                SC: 134937
                                COA: 276695

SEVERSTAL NORTH AMERICA, INC., f/k/a
ROUGE STEEL COMPANY,
      Defendant-Appellant.

                                WCAC: 05-000368

_____/

      On order of the Court, the application for leave to appeal the August 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

t1119